THOMAS I. PATTERSON, APPELLANT, *v.* EUNICE M.
HAMILTON AND HIRAM CULVER, ADMINISTRATORS, ETC.,
OF WILLIAM C. HAMILTON, DECEASED, RESPONDENTS.

26h 665
e 76 AD 222
e 76 AD 223

*Proceedings to sell real estate of decedent to pay debts — the heirs-at-law must be made
parties to an appeal taken by a creditor — they cannot be made parties after the
time to appeal has expired.*

APPEAL from an order of the Surrogate's Court of the county
of Allegany, in proceedings for the sale of real estate of the
respondents' decedent, allowing the appellant's claim of $502.98 at
the sum of ninety-three dollars.

The court at General Term said: "There is a defect in the
appellant's practice which is fatal to his case. He has omitted to
make the heirs of the deceased, parties to the appeal. They were
parties to the proceeding before the surrogate, and appeared there
and contested the appellant's claim, and they are interested in the
disposition to be made of the proceeds of the sale of the real estate.
In their absence we cannot reverse the order appealed from, even
though we should be of the opinion that the surrogate had erred

as to the rights of the parties. (*Brown* v. *Evans*, 34 Barb., 594.) Nor can we give relief by permitting the appellant to bring in the heirs, as the time within which to appeal from the order of the surrogate has expired, the order having been made and entered on the 2d day of October, 1879. (*Cotes* v. *Carroll*, 28 How. Pr., 436; 2 R. S., 610, §§ 104, 105.)

"Nothing can be done, therefore, but to dismiss the appeal, with costs."

*Frank S. Smith*, for the appellant.

*C. W. Stevens*, for the respondents.

Opinion by SMITH, P. J.; HARDIN and HAIGHT, JJ., concurred.

Appeal dismissed, with costs.